IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN JOSEPH,                                                       CV. 06-289-HU

          Petitioner,                                  ORDER

    v.

CHARLES DANIELS, et al.,

          Respondents.

HAGGERTY, Judge

    Respondents' unopposed motion to dismiss (#7) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this _25___ day of April, 2006.

                                         __/s/Ancer L.Haggerty_____
                                         Ancer L. Haggerty
                                         United States District Judge